# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NUMBER **08CR1099-GT** |
| vs | ) | ABSTRACT OF ORDER |
| | ) | Booking No. **07807298** |
| **Fernando Cortez-Vasquez** | ) | |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of **5-13-08** the Court entered the following order:

**✓** Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and (_____ bond) (_____ bond on appeal) exonerated.

**✓** Defendant sentenced to TIME SERVED, supervised release for **1** years.

_____ c.c. judgment Court of Appeals (_____ affirming) (_____ reversing) decision of this Court:
_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other._____

GORDON THOMPSON, JR.
UNITED STATES MAGISTRATE JUDGE

OR

by K. Ridgeway, Deputy Clerk

Received _____ DUSM

Crim-9   (Rev 6-95)          ★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY